TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00551-CR

The State of Texas, Appellant

v.

Pete Robles, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-95-0275-S, HONORABLE DICK ALCALA, JUDGE PRESIDING

PER CURIAM

 The State of Texas appeals from an order of the trial court granting appellee's
motion to quash paragraphs in indictment. The State has filed a motion to withdraw the appeal. 
No decision of this Court has been delivered. The motion is granted and the appeal is dismissed. 
See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Aboussie and Kidd

Appeal Dismissed on State's Motion

Filed: May 15, 1996

Do Not Publish